IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Allen-Benson, Darcus L

Printed: 12/10/08

Case Number:  06 B 00225
Judge:  Wedoff, Eugene R
Filed:  1/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: March 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 43,527.11 |  |
| Secured: |  | 40,899.63 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 262.47 |
| Trustee Fee: |  | 2,365.00 |
| Other Funds: |  | 0.01 |
| Totals: | 43,527.11 | 43,527.11 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,183.20 | 262.47 |
| 2. | Sterling Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 49,870.73 | 37,656.49 |
| 5. | Monterey Financial Services | Secured | 603.41 | 98.48 |
| 6. | Cook County Treasurer | Secured | 1,951.01 | 216.80 |
| 7. | Toyota Motor Credit Corporatio | Secured | 27,302.69 | 2,927.86 |
| 8. | HomEq Servicing Corp | Secured | 6,990.41 | 0.00 |
| 9. | Capital One | Unsecured | 150.22 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 16.41 | 0.00 |
| 11. | American General Finance | Unsecured | 321.10 | 0.00 |
| 12. | SMC Collections | Unsecured | 135.52 | 0.00 |
| 13. | Cook County Treasurer | Unsecured | 6.62 | 0.00 |
| 14. | Sterling Inc | Unsecured | 5.11 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 89.31 | 0.00 |
| 16. | American General Finance | Unsecured | 121.30 | 0.00 |
| 17. | Wells Fargo Financial | Unsecured | 123.37 | 0.00 |
| 18. | Wells Fargo Financial | Unsecured | 128.17 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 73.15 | 0.00 |
| 20. | Capital One | Unsecured | 124.00 | 0.00 |
| 21. | Account Solutions | Unsecured |  | No Claim Filed |
| 22. | Alliance One | Unsecured |  | No Claim Filed |
| 23. | American General Finance | Unsecured |  | No Claim Filed |
| 24. | West Suburban Hospital | Unsecured |  | No Claim Filed |
| 25. | Charter One Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 89,195.73 | $ 41,162.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Allen-Benson, Darcus L

Printed: 12/10/08

Case Number:  06 B 00225
Judge:  Wedoff, Eugene R
Filed:  1/10/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 401.71 |
| 5% | 272.35 |
| 4.8% | 527.54 |
| 5.4% | 602.31 |
| 6.5% | 561.09 |
|  | $ 2,365.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

